UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.: 1:16-mj-29 |
| | ) | |
| JONATHAN MORRIS HURWITZ, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the Complaint and arrest warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 15th day of September, 2016.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia